UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LEVI BATTLE, III | ] | |
|     Petitioner, | ] | |
| | ] | |
| v. | ] | No. 3:11-0474 |
| | ] | Judge Campbell |
| JERRY LESTER | ] | |
|     Respondent. | ] | |

### O R D E R

In accordance with the Memorandum contemporaneously entered, the Court finds that the petitioner has failed to state an actionable claim for habeas corpus relief. Therefore, the petition for writ of habeas corpus (Docket Entry No.1) is DENIED and this action is hereby DISMISSED. Rule 8(a), Rules -- § 2254 Cases.

Should the petitioner file a timely notice of appeal from this order, such notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will NOT issue because the petitioner has been unable to make a substantial showing of the denial of a constitutional right.

It is so ORDERED.

_____
Todd Campbell
United States District Judge